UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 09-32555 -DHW
 Chapter 13
Sarah J. Pitts,

    Debtor(s).

## CONDITIONAL ORDER DISMISSING BANKRUPTCY CASE

The *Trustee's Motion to Dismiss* came for a hearing on August 12, 2013.

For the reasons stated in open court, it is

ORDERED that this bankruptcy case is DISMISSED if the Debtor's plan payments are not current on or before August 22, 2013.

Dated: August 14, 2013

    /s/ Dwight H. Williams, Jr.
    United States Bankruptcy Judge

c: Debtor
    Paul D. Esco, Attorney for Debtor
    Curtis C. Reding, Trustee
    All Creditors